**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-2076**

TRAZELL I,

                    Plaintiff - Appellant,

          v.

PENN NATIONAL GAMING, INC.; CHARLES TOWN GAMING, INC.,

                    Defendants - Appellees.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Gina M. Groh, Chief District Judge.  (3:14-cv-00085-GMG-RWT)

Submitted:  November 17, 2015          Decided:  November 19, 2015

Before SHEDD, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

De Lonte Trazell, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Trazell I appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his discrimination suit for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis, deny Trazell I's motion for injunctive relief, and affirm for the reasons stated by the district court. Trazell I v. Penn National Gaming, Inc., No. 3:15-cv-00085-GMG-RWT (N.D.W. Va. Aug. 31, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED